B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Loarie, James W** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Loarie, Debra L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0184** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3060** |
| Street Address of Debtor (No. and Street, City, and State):<br>**82 South Deere Park Drive**<br>**Highland Park, IL**                 ZIP Code **60035** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**82 South Deere Park Drive**<br>**Highland Park, IL**                 ZIP Code **60035** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br>                 ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                 ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11          of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>                         of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interest:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,        ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Loarie, James W**<br>**Loarie, Debra L** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Loarie, James W** |
| | **Loarie, Debra L** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ James W Loarie**
Signature of Debtor  **James W Loarie**

**X  /s/ Debra L Loarie**
Signature of Joint Debtor **Debra L Loarie**

Telephone Number (If not represented by attorney)

**September 14, 2012**
Date

### Signature of Attorney*

**X  /s/ Ilene F. Goldstein**
Signature of Attorney for Debtor(s)

**Ilene F. Goldstein**
Printed Name of Attorney for Debtor(s)

**Law Offices of Ilene F. Goldstein, Chartered**
Firm Name

**850 Central Avenue**
**Suite 200**
**Highland Park, IL 60035**
Address

**Email: ifgolds@aol.com**
**847-926-9595  Fax: 847-433-2023**
Telephone Number

**September 14, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **James W Loarie**
        **Debra L Loarie**                    Case No. _____

                         Debtor(s)         Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ James W Loarie**
_____
**James W Loarie**

Date:    **September 14, 2012**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James W Loarie**
         **Debra L Loarie**

Case No. _____

_____
Debtor(s)

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                           Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Debra L Loarie**
        **Debra L Loarie**

Date:   **September 14, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **James W Loarie,**
     **Debra L Loarie**                                                  Case No. _____

                                        _____,
                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Eagle Bank**<br>**556 Randall Road**<br>**South Elgin, IL 60177** | | J | **automobile lien**<br><br>**2006 Bentley**<br><br><br>Value $        0.00 | | | | 57,495.00 | 57,495.00 |
| Account No. 00580014312<br><br>**Barrington Bank**<br>**201 South Hough St**<br>**Barrington, IL 60010** | | J | **First Mortgage**<br><br>**82 South Deerpark Drive, Highland Park,**<br>**IL 60035  Value may be less than stated**<br><br>Value $   2,000,000.00 | | | | 2,400,000.00 | 400,000.00 |
| Account No.<br><br>**First Bank & Trust**<br>**820 Church Street**<br>**Evanston, IL 60201** | | J | **automobile lien**<br><br>**2006 Range Rover, 87000 Miles**<br><br><br>Value $        0.00 | | | | 16,726.00 | 16,726.00 |
| Account No.<br><br>**First National Bank of Omaha**<br>**Attn: Andrew Krieger**<br>**1620 Dodge Street   Stop 1050**<br>**Omaha, NE 68197** | | H | **6/20/12 as a citation lien**<br>**Citation Lien - Debtor believes it is**<br>**avoidable as a preference**<br>**In addition there is a consensual lien on**<br>**certain LLC interests of Debtor which**<br>**may or may not have ben properly**<br>**perfected**<br>Value $       **Unknown** | | | | 366,687.72 | **Unknown** |

  __1__ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 2,840,908.72 | 474,221.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **James W Loarie,**
       **Debra L Loarie**                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**John McVickers** <br>**McVickers Development** <br>**2150 E. Lake Cook Road, Ste 320** <br>**Buffalo Grove, IL 60089** | | H | **Consensual lien.** <br><br>**Debtors interest in certain business interests. Some of the loans were in a check to another party** <br><br>Value $                **Unknown** | | | | 164,995.11 | Unknown |
| Account No. <br><br>**Lake County Treasurer** <br>**18 N. County St.** <br>**Suite 102** <br>**Waukegan, IL 60085-4361** | | J | **Real Estate Taxes** <br><br><br>Value $                **0.00** | | | | 30,000.00 | 30,000.00 |
| Account No. **xxx3976** <br><br>**Premier Bank** <br>**Attention:  Staci Duerr** <br>**2625 NW Arterial Road** <br>**Dubuque, IA 52002** | | H | **Consensual lien on certain LLC interests--may not have been perfected** <br><br>**Business Debt/Guarantee** <br>**may or may not have been perfected** <br>Value $                **0.00** | | | | 340,000.00 | 340,000.00 |
| Account No. <br><br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 534,995.11 | 370,000.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,375,903.83 | 844,221.00 |

B6F (Official Form 6F) (12/07)

In re  **James W Loarie,**
       **Debra L Loarie**

Case No. _____

_____ ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> **Adelman & Gettlemen, Ltd. <br> Henry Merens <br> 53 West Jackson Blvd., Ste 1050 <br> Chicago, IL 60604** | | H | | | Attorneys Fees/ Business Debt | | | | 45,000.00 |
| Account No. <br><br> **Alba Loanco Grantor Trust 1 <br> c/o Glen T. Keysor, Thompson Coburn <br> 55 E. Monroe Street, 37th Fl <br> Chicago, IL 60603** | X | H | | | Business Debt/Guarantee | | | | 7,250,000.00 |
| Account No. **xxxx-xxxxxx-x2004** <br><br> **American Express <br> Box 0001 <br> Los Angeles, CA 90096** | | | | J | Credit Card | | | | 24,448.00 |
| Account No. <br><br> **American United Bank and Trust Comp <br> 321 W. Golf Rd <br> Schaumburg, IL 60196** | X | H | | | Business Debt/Guarantee | | | | 264,842.00 |

___4___ continuation sheets attached

| | Subtotal <br> (Total of this page) | 7,584,290.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **James W Loarie,**                            Case No. _____
            **Debra L Loarie**

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American United Bank and Trust Comp** <br> **321 W. Golf Rd** <br> **Schaumburg, IL 60196** | X | H | Business Debt/Guarantee | | | | 917,000.00 |
| Account No. **xxxxx6142** <br><br> **Barrington Bank** <br> **201 S. Hough Street** <br> **Barrington, IL 60010** | | H | Business Debt/Guarantee Deficiency | | | | 100,000.00 |
| Account No. <br><br> **Bernard, Brady & Associates** <br> **Bernie Brady** <br> **17407 S. 67th Court** <br> **Tinley Park, IL 60477** | | H | Accounting Fees/Business Debt | | | | 8,451.00 |
| Account No. <br><br> **Bob Brownson** <br> **2150 E. Lake Cook Road** <br> **Suite 320** <br> **Buffalo Grove, IL 60089** | X | H | Business Debt/Guarantee | | | | 3,269,250.00 |
| Account No. **xxxx-xxxx-xxxx-0959** <br><br> **Chase** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | J | Credit Card | | | | 32,389.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                               (Total of this page)        **4,327,090.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **James W Loarie,**
         **Debra L Loarie**                                      Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chuhak & Tecson**<br>**30 S. Wacker**<br>**Chicago, IL 60606** | | J | **Attorneys Fees** | | | | 1,500.00 |
| Account No. **xxxx-xxxx-xxxx-0062**<br><br>**Citi Card Service Center**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | J | **Credit Card** | | | | 73,717.00 |
| Account No. **xxxx-xxxx-xxxx-4663**<br><br>**Citi Card Service Center**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | J | **Credit Card** | | | | 14,767.00 |
| Account No. **xxxx-xxxx-xxxx-8517**<br><br>**Citi Card Service Center**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | J | **Credit Card** | | | | 26,003.00 |
| Account No.<br><br>**First Bank of Highland Park**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** | | J | **Deficiency** | | | | 250,000.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)      365,987.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **James W Loarie,**
       **Debra L Loarie**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt/Guarantee | | | | |
| First Merit 501 W. North Avenue Melrose Park, IL 60160 | X | H | | | | | 2,674,000.00 |
| Account No. | | | Attorneys Fees/ Business Debt | | | | |
| Freeborn & Peters Attn: Accounting Dept 311 S. Wacker Drive, Ste 3000 Chicago, IL 60606 | | H | | | | | 2,136.00 |
| Account No. | | | Personal Loan though in part for investment purposes on spec home | | | | |
| Geneva LLC 6515 Grand Teton Plaza Ste 300 Madison, WI 53719 | | J | | | | | 100,000.00 |
| Account No. | | | Attorneys Fees/ Business Debt | | | | |
| Howard Duncan Law Howard Duncan 6910 Pacific Street, Ste 103 Omaha, NE 68106 | | H | | | | | 850.00 |
| Account No. | | | Attorneys Fees/ Business Debt | | | | |
| Levenfeld & Pearlstein, LLC Attn: Accounting 2 N. LaSalle St. Chicago, IL 60602 | | H | | | | | 7,443.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,784,429.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James W Loarie,**
　　　　**Debra L Loarie**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | H | Attorneys Fees/ Business Debt | | | | |
| **Rubin, Firsel & Rosenfield** **Attn; Accounting Dept** **2801 Lakeside Drive, Ste 207** **Deerfield, IL 60015** | | | | | | | | 12,000.00 |
| Account No. | | X | H | Business Debt/Guarantee | | | | |
| **US Bank** **209 S. LaSalle Street** **Suite 210** **Chicago, IL 60604** | | | | | | | | 5,975,000.00 |
| Account No. | | X | H | Attorneys Fees/ Business Debt | | | | |
| **Wolin & Rosin** **Attn:Accounting Department** **55 W. Monroe, Ste 3600** **Chicago, IL 60603** | | | | | | | | 21,041.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　6,008,041.00

Total
(Report on Summary of Schedules)　　21,069,837.00

B6H (Official Form 6H) (12/07)

.

In re   **James W Loarie,**                                              Case No. _____
        **Debra L Loarie**
_____ ,
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ahmet Borekci**<br>**1420 Techney Road**<br>**Northbrook, IL 60062** | **US Bank**<br>**209 S. LaSalle Street**<br>**Suite 210**<br>**Chicago, IL 60604** |
| **Ahmet Borekci**<br>**1420 Techney Road**<br>**Northbrook, IL 60062** | **First Merit**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** |
| **Bob Brownson**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **American United Bank and Trust Comp**<br>**321 W. Golf Rd**<br>**Schaumburg, IL 60196** |
| **Bob Brownson**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **American United Bank and Trust Comp**<br>**321 W. Golf Rd**<br>**Schaumburg, IL 60196** |
| **Bob Brownson**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **Alba Loanco Grantor Trust 1**<br>**c/o Glen T. Keysor, Thompson Coburn**<br>**55 E. Monroe Street, 37th Fl**<br>**Chicago, IL 60603** |
| **Bob Brownson**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **First Merit**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** |
| **Bob Brownson**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **US Bank**<br>**209 S. LaSalle Street**<br>**Suite 210**<br>**Chicago, IL 60604** |
| **Bruce Danly**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **American United Bank and Trust Comp**<br>**321 W. Golf Rd**<br>**Schaumburg, IL 60196** |
| **Bruce Danly**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **American United Bank and Trust Comp**<br>**321 W. Golf Rd**<br>**Schaumburg, IL 60196** |

**2**
____ continuation sheets attached to Schedule of Codebtors

In re    **James W Loarie,**                                                    Case No. _____
         **Debra L Loarie**

_____,
                                            Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bruce Danly**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **Bob Brownson**<br>**2150 E. Lake Cook Road**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** |
| **Bruce Danly**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **Alba Loanco Grantor Trust 1**<br>**c/o Glen T. Keysor, Thompson Coburn**<br>**55 E. Monroe Street, 37th Fl**<br>**Chicago, IL 60603** |
| **Bruce Danly**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **US Bank**<br>**209 S. LaSalle Street**<br>**Suite 210**<br>**Chicago, IL 60604** |
| **Bruce Danly**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **Wolin & Rosin**<br>**Attn:Accounting Department**<br>**55 W. Monroe, Ste 3600**<br>**Chicago, IL 60603** |
| **Doruk Borekci**<br>**1420 Techney Road**<br>**Northbrook, IL 60062** | **First Merit**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** |
| **Doruk Borekci**<br>**1420 Techney Road**<br>**Northbrook, IL 60062** | **US Bank**<br>**209 S. LaSalle Street**<br>**Suite 210**<br>**Chicago, IL 60604** |
| **Jerry Weber**<br>**4949 Harrison Avenue, Ste 200**<br>**Rockford, IL 61108** | **Alba Loanco Grantor Trust 1**<br>**c/o Glen T. Keysor, Thompson Coburn**<br>**55 E. Monroe Street, 37th Fl**<br>**Chicago, IL 60603** |
| **John McVickers**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **First Merit**<br>**501 W. North Avenue**<br>**Melrose Park, IL 60160** |
| **John McVickers and Sue McVickers**<br>**2150 E. Lake Cook Rd**<br>**Suite 320**<br>**Buffalo Grove, IL 60089** | **US Bank**<br>**209 S. LaSalle Street**<br>**Suite 210**<br>**Chicago, IL 60604** |
| **Kenan Borekci**<br>**1420 Techney Road**<br>**Northbrook, IL 60062** | **US Bank**<br>**209 S. LaSalle Street**<br>**Suite 210**<br>**Chicago, IL 60604** |
| **Ron Swenson**<br>**4949 Harrison Avenue, Ste 200**<br>**Rockford, IL 61108** | **Alba Loanco Grantor Trust 1**<br>**c/o Glen T. Keysor, Thompson Coburn**<br>**55 E. Monroe Street, 37th Fl**<br>**Chicago, IL 60603** |

Sheet __**1**__ of __**2**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **James W Loarie,**                                      Case No. _____
         **Debra L Loarie**
_____,
                        Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rubloff Shorewood**<br>**c/o Mark Robinson**<br>**4949 Harrison Avenue, Ste 200**<br>**Rockford, IL 61108** | **Alba Loanco Grantor Trust 1**<br>**c/o Glen T. Keysor, Thompson Coburn**<br>**55 E. Monroe Street, 37th Fl**<br>**Chicago, IL 60603** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

Adelman & Gettlemen, Ltd.
Henry Merens
53 West Jackson Blvd., Ste 1050
Chicago, IL 60604


Ahmet Borekci
1420 Techney Road
Northbrook, IL 60062


Ahmet Borekci
1420 Techney Road
Northbrook, IL 60062


Alba Loanco Grantor Trust 1
c/o Glen T. Keysor, Thompson Coburn
55 E. Monroe Street, 37th Fl
Chicago, IL 60603


American Eagle Bank
556 Randall Road
South Elgin, IL 60177


American Express
Box 0001
Los Angeles, CA 90096


American United Bank and Trust Comp
321 W. Golf Rd
Schaumburg, IL 60196


American United Bank and Trust Comp
321 W. Golf Rd
Schaumburg, IL 60196


Barrington Bank
201 South Hough St
Barrington, IL 60010


Barrington Bank
201 S. Hough Street
Barrington, IL 60010

Benjamin Butler
1 North LaSalle Street
Suite 300
Chicago, IL 60602

Bernard, Brady & Associates
Bernie Brady
17407 S. 67th Court
Tinley Park, IL 60477

Bob Brownson
2150 E. Lake Cook Road
Suite 320
Buffalo Grove, IL 60089

Bob Brownson
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089

Bob Brownson
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089

Bob Brownson
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089

Bob Brownson
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089

Bob Brownson
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089

Brian Koenig
1125 S. 103rd Street
Suite 800
Omaha, NE 68124

Bruce Danly
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


Bruce Danly
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


Bruce Danly
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


Bruce Danly
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


Bruce Danly
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


Bruce Danly
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


Chase
PO Box 15153
Wilmington, DE 19886


Chuhak & Tecson
30 S. Wacker
Chicago, IL 60606


Citi Card Service Center
PO Box 6500
Sioux Falls, SD 57117


Citi Card Service Center
PO Box 6500
Sioux Falls, SD 57117

```
Citi Card Service Center
PO Box 6500
Sioux Falls, SD 57117


Doruk Borekci
1420 Techney Road
Northbrook, IL 60062


Doruk Borekci
1420 Techney Road
Northbrook, IL 60062


First Bank & Trust
820 Church Street
Evanston, IL 60201


First Bank of Highland Park
633 Skokie Blvd.
Northbrook, IL 60062


First Merit
501 W. North Avenue
Melrose Park, IL 60160


First National Bank of Omaha
Attn: Andrew Krieger
 1620 Dodge Street   Stop 1050
Omaha, NE 68197


First National Bank of Omaha
11404 West Dodge Road
Omaha, NE 68754


Freeborn & Peters
Attn: Accounting Dept
311 S. Wacker Drive, Ste 3000
Chicago, IL 60606


Geneva LLC
6515 Grand Teton Plaza
Ste 300
Madison, WI 53719
```

Howard Duncan Law
Howard Duncan
6910 Pacific Street, Ste 103
Omaha, NE 68106


Jerry Weber
4949 Harrison Avenue, Ste 200
Rockford, IL 61108


John McVickers
McVickers Development
2150 E. Lake Cook Road, Ste 320
Buffalo Grove, IL 60089


John McVickers
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


John McVickers and Sue McVickers
2150 E. Lake Cook Rd
Suite 320
Buffalo Grove, IL 60089


Kenan Borekci
1420 Techney Road
Northbrook, IL 60062


Lake County Treasurer
18 N. County St.
Suite 102
Waukegan, IL 60085-4361


Levenfeld & Pearlstein, LLC
Attn: Accounting
2 N. LaSalle St.
Chicago, IL 60602


McGreevy Williams PC
c/o Donald Manning
6735 Vistagreen Way, P.O. Box 2903
Rockford, IL 61132

Premier Bank
Attention:  Staci Duerr
2625 NW Arterial Road
Dubuque, IA 52002


Quarles & Brady
Tom McCarthy
300 N. LaSalle Street, Ste 4000
Chicago, IL 60654


Ron Swenson
4949 Harrison Avenue, Ste 200
Rockford, IL 61108


Rubin, Firsel & Rosenfield
Attn; Accounting Dept
2801 Lakeside Drive, Ste 207
Deerfield, IL 60015


Rubloff Shorewood
c/o Mark Robinson
4949 Harrison Avenue, Ste 200
Rockford, IL 61108


Shutts Shutts & Portlock
c/o Vincent Portlock
323 Springfield Avenue
Joliet, IL 60635


US Bank
209 S. LaSalle Street
Suite 210
Chicago, IL 60604


Wolin & Rosin
Attn:Accounting Department
55 W. Monroe, Ste 3600
Chicago, IL 60603