# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LOARIE, JAMES W § Case No. 12-36572
LOARIE, DEBRA L §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/14/2012 . The undersigned trustee was appointed on 09/14/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    20,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 63.71 |
| Bank service fees | 508.42 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 19,427.87 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/21/2014 and the deadline for filing governmental claims was 01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/05/2016         By:/s/JOSEPH E. COHEN
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 12-36572   Doc 76   Filed 08/22/16   Entered 08/22/16 14:30:32   Desc Main
Document     Page 3 of 16

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: 12-36572   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | | JOSEPH E. COHEN |
| Case Name: LOARIE, JAMES W | | Date Filed (f) or Converted (c): | | 09/14/12 (f) |
| LOARIE, DEBRA L | | 341(a) Meeting Date: | | 11/08/12 |
| For Period Ending: 08/05/16 | | Claims Bar Date: | | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 82 South Deere Park Drive, Highland Park | 1,025,000.00 | 0.00 | | 0.00 | FA |
| 2. Mont Blanca Valley Ranches Unit 3 Block 7 Lot 2 Co | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Cash - Location: 82 South Deere Park Drive, Highla | 50.00 | 0.00 | | 0.00 | FA |
| Location: 82 South Deere Park Drive, Highland Park IL 60035 | | | | | |
| 4. 5th 3rd Bank | 115.75 | 0.00 | | 115.75 | FA |
| 5th 3rd Bank | | | | | |
| 5. Bank of America | 100.00 | 0.00 | | 100.00 | FA |
| Bank of America | | | | | |
| 6. Household furnishings for a large five bedroom hom | 3,000.00 | 0.00 | | 3,000.00 | FA |
| Household furnishings for a large five bedroom home, no antiques all furniture approximately ten years old. | | | | | |
| 7. Piano Young Chang retail $4000  12 years ago Piano | 2,000.00 | 0.00 | | 2,000.00 | FA |
| Piano Young Chang retail $4000  12 years ago Piano on consignment for 4 years can't sell for even $3000. | | | | | |
| 8. Wedding China and glassware | 500.00 | 0.00 | | 500.00 | FA |
| Wedding China and glassware | | | | | |
| 9. four computers for children and Debtors between 2 | 300.00 | 0.00 | | 300.00 | FA |
| four computers for children and Debtors between 2 ans 6 years old | | | | | |
| 10. two flatscreen tvs and three small tvs in kids and | 300.00 | 0.00 | | 300.00 | FA |
| two flatscreen tvs and three small tvs in kids and 3 tube tvs | | | | | |
| 11. Art work at cost 7,000.  Worth  1000 at a sale.  N | 1,000.00 | 0.00 | | 1,000.00 | FA |
| Art work at cost 7,000.  Worth  1000 at a sale.  None of them by accomplished artists . Not purchased at a gallery.  In citation proceeding valued at $3,000.00.  Worth less than that at auction sale | | | | | |
| 12. Normal and necessary wearing apparel At citation h | 300.00 | 0.00 | | 300.00 | FA |
| Normal and necessary wearing apparel At citation hearing valued at | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-36572 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LOARIE, JAMES W | | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | | 341(a) Meeting Date: | 11/08/12 |
| | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $2,000.00  At liquidation much less | | | | | |
| 13. two fur coats  8 to 12 years old.  Original purcha | 400.00 | 0.00 | | 400.00 | FA |
| two fur coats  8 to 12 years old.  Original purchase price $1100 and $900.00 | | | | | |
| 14. Earrings and three watches--Cartier not working, R | 500.00 | 0.00 | | 0.00 | FA |
| Earrings and three watches--Cartier not working, Raymond Weil 12 years old Christian Dior 5 years old | | | | | |
| 15. Husbands watch collection | 6,000.00 | 0.00 | | 6,000.00 | FA |
| Husbands watch collection | | | | | |
| 16. Cuff link collection | 1,000.00 | 0.00 | | 1,000.00 | FA |
| Cuff link collection | | | | | |
| 17. Joint wedding bands Wife's eternity band Husbands | 6,600.00 | 0.00 | | 4,984.25 | FA |
| Joint wedding bands Wife's eternity band Husbands gold band | | | | | |
| 18. US Financial  Term Insurance Policy 5,000,000.00 W | 0.00 | 0.00 | | 0.00 | FA |
| US Financial  Term Insurance Policy 5,000,000.00 Wife beneficiary  No cash surrender value | | | | | |
| 19. Rubloff Huntley II Debtor owns a 15% Interest  The | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Huntley II Debtor owns a 15% Interest  The loan amount on the asset is 15,948,000. The last known appraisal is 18,250,000. Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless. Short Sale has been completed | | | | | |
| 20. Rubloff Rapid City Debtor owns a 10% Interest  The | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Rapid City Debtor owns a 10% Interest  The loan amount on the asset is 5,078,000. The last known appraisal is 5,000,000 Debtor holds a minority interest and receives no financial updates Foreclosure suit pending. Deed in lieu in process | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 12-36572  ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOARIE, JAMES W | Date Filed (f) or Converted (c): | 09/14/12 (f) |
|  | LOARIE, DEBRA L | 341(a) Meeting Date: | 11/08/12 |
|  |  | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Rubloff Hainesville Debtor owns a 10% Interest Th | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Hainesville Debtor owns a 10% Interest The loan amount on the asset is 3,331,538.00. The last known appraisal is 5,000,000.00 Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless. Short sale in process | | | | | |
| 22. Rubloff Romeoville Debtor owns a 14% Interest The | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Romeoville Debtor owns a 14% Interest The loan amount on the asset is 34,535,000. The last known appraisal is 42,000,000. Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless. Short sale done | | | | | |
| 23. Rubloff Belvidere Debtor owns a 5% Interest The l | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Belvidere Debtor owns a 5% Interest The loan amount on the asset is 5,593,203.00. The last known appraisal is unknown. Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless. Foreclosure pending | | | | | |
| 24. Oxford Real Estate Equities,L.L.C. Debtor owns a 2 | 0.00 | 0.00 | | 0.00 | FA |
| Oxford Real Estate Equities,L.L.C. Debtor owns a 23.5% Interest The loan amount on the asset is 3,574,000.0ther loans of 1,700,000are on the project.. The last known appraisal is 5,100,000.00. Project is 50 % complete. Debtor believes his interest is worthless at the current time. Oxford Real Estate Equities owns a 40% interest in Alquouquin Woodstock, L.L.C. | | | | | |
| 25. Oxford Lake Zurich Debtor owns a 24% Interest of a | 288,000.00 | 0.00 | | 0.00 | FA |
| Oxford Lake Zurich Debtor owns a 24% Interest of a 50% interest, The loan amount on the asset is 7,400,000 It has been sold and closing is imminent.There are brokerage commissions and closing costs and finance costs as well as overhead and operating costs This entity holds | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| Case No: | 12-36572 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOARIE, JAMES W | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | 341(a) Meeting Date: | 11/08/12 |
| | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| a 50% interest in 825 Lake Zurich. | | | | | |
| 26. Oxford Development Partners,LLC Debtor owns a 37.5 | 0.00 | 0.00 | | 0.00 | FA |
| Oxford Development Partners,LLC Debtor owns a 37.5% Interest  The loan amount on the asset is 7,250,000.00. The last known appraisal is 3,150,000.00. Debtor holds a minority interest and receives no cash flow. Debtor believes his interest is worthless.  The property is currently in Foreclosure | | | | | |
| 27. Rubloff Mundelein This holds an option to acquire | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Mundelein This holds an option to acquire property in Mundelein Believes this currently has no value because in order to pursue requires condiderable contributions or loans. | | | | | |
| 28. Rubloff Huntley I Debtor owns a 14% Interest Sale | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Huntley I Debtor owns a 14% Interest Sale was  completed 4 or 5 years ago.  It remains open | | | | | |
| 29. Rubloff Freeport Debtor owns a 10% Interest  Sale | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Freeport Debtor owns a 10% Interest  Sale was completed six years ago.  It remains open | | | | | |
| 30. Rubloff Aurora Debtor owns a 6% Interest  Sale was | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Aurora Debtor owns a 6% Interest  Sale was completed six years ago.  It remains open | | | | | |
| 31. Mercator Med Systems  Shareholder of 33,604 shares | Unknown | 0.00 | | 0.00 | FA |
| Mercator Med Systems  Shareholder of 33,604 shares of non traded stocks Value is $40,235.00 is based on book value.  The actual value is probably worthless as the stock has been diluted and the company needs more funding to continue. In addition Debtor sold a portion of his stock interest to Robert Brownson on October 31, 2007 thereby further diluting Debtors ownership. Debtor is unsure if the sale was reflected on | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-36572   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LOARIE, JAMES W | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | 341(a) Meeting Date: | 11/08/12 |
| | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Mercator's books. | | | | | |
| 32. Danly Weybridge LLC Believes this is not due until | 24,000.00 | 0.00 | | 0.00 | FA |
| Danly Weybridge LLC Believes this is not due until 2015.  It may not have any value. | | | | | |
| 33. Debra L. Loarie Trust dated February 23, 1998.  Onl | 0.00 | 0.00 | | 0.00 | FA |
| Debra L. Loarie Trust dated February 23, 1998. Only asset the trust holds is the residence Location: 82 South Deere Park Drive, Highland Park IL 60035 Value listed on Schedule A | | | | | |
| 34. 2006 Land Rover Range Rover Miles 90,069.00 Apprai | 15,500.00 | 0.00 | | 0.00 | FA |
| 2006 Land Rover Range Rover Miles 90,069.00 Appraised by Car Max on September 28, 2012 | | | | | |
| 35. 2006 Bentley Flying Spur N/A 42 69,096 As appraise | 51,000.00 | 0.00 | | 0.00 | FA |
| 2006 Bentley Flying Spur N/A 42 69,096 As appraised by Car Max on September 29, 2012 | | | | | |
| 36. house pets | 0.00 | 0.00 | | 0.00 | FA |
| house pets | | | | | |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)         $1,428,165.75         $0.00         $20,000.00         $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SET MOTION TO VALUE CLAIM FOR JUNE 10, 2016 - May 20, 2016. TRUSTEE HAS TO FILE MOTION TO VALUE CLAIM OF BANK - 01/20/16. TRUSTEE TRYING TO RESOLVE CALIM FILED BY BARRINGTON BANK - Oct. 31, 2016.  CASE READY FOR TFR - July 30, 2015.  TRUSTEE HAS REVIEWED PROOFS OF CLAIM - April 28, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6
Exhibit A

| | | |
|---|---|---|
| Case No: 12-36572 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: LOARIE, JAMES W | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| LOARIE, DEBRA L | 341(a) Meeting Date: | 11/08/12 |
| | Claims Bar Date: | 01/21/14 |

DOCUMENTS. - Jan. 17, 2015. DEBTOR HAS FILED MOTION TO COMPEL TRUSTEE TO ABANDON CERTAIN ASSETS. TRUSTEE HAS FILED A MOTION TO SELL HIS RIGHT,TITLE AND INTEREST IN PERSONAL PROPERTY BACK TO THE DEBTORS. TRUSTEE WILL REVIEW CLAIMS ONCE THE CLAIMS BAR DARE HAS EXPIRED - January 17, 2014. NO CHANGE - April 30, 2014. CASE READY TO BE CLOSED - July 17, 2014. Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 10/31/14     Current Projected Date of Final Report (TFR): 08/31/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-36572 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | LOARIE, JAMES W | | Bank Name: | ASSOCIATED BANK |
| | LOARIE, DEBRA L | | Account Number / CD #: | *******5613 Checking Account |
| Taxpayer ID No: | *******1739 | | | |
| For Period Ending: | 08/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/13 | * NOTE * | JAMES & DEBRA LOARIE | Sale of assets | 1129-000 | 20,000.00 | | 20,000.00 |
| | | | * NOTE * Properties 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17 | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 19,979.86 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.70 | 19,950.16 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.70 | 19,921.46 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.62 | 19,891.84 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.58 | 19,862.26 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.67 | 19,835.59 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 28.81 | 19,806.78 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.49 | 19,777.29 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.47 | 19,748.82 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.36 | 19,719.46 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.37 | 19,691.09 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.28 | 19,661.81 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 19,632.58 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.25 | 19,604.33 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.15 | 19,575.18 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.16 | 19,547.02 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.06 | 19,517.96 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.02 | 19,488.94 |
| 02/27/15 | 300002 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 21.09 | 19,467.85 |

Page Subtotals 20,000.00 532.15

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

| Case No: | 12-36572 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOARIE, JAMES W | Bank Name: | ASSOCIATED BANK |
| | LOARIE, DEBRA L | Account Number / CD #: | *******5613 Checking Account |
| Taxpayer ID No: | *******1739 | | |
| For Period Ending: | 08/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.17 | 19,441.68 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 13.81 | 19,427.87 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 572.13 | 19,427.87 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 572.13 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 572.13 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5613 | 20,000.00 | 572.13 | 19,427.87 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,000.00 | 572.13 | 19,427.87 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  39.98

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 05, 2016 |
|---|---|---|---|---|---|---|

| Case Number: | 12-36572 | Claim Class Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | LOARIE, JAMES W | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| 001<br>3110-00 | COHEN & KROL, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,021.55 | $5,021.55 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $49.90 | $49.90 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $13.81 | $13.81 |
| 000001<br>050<br>4210-00 | MCVICKERS DEVELOPMENT, LLC<br>C/O MARK E. LEIPOLD<br>GOULD & RATNER, LLP<br>222 N LASALLE, STE 800<br>CHICAGO, IL 60601 | Secured | | $0.00 | $170,892.59 | $0.00 |
| 000002<br>050<br>4110-00 | Barrington Bank<br>c/o Hanson Law Group, LLP<br>1000 Hart Road, Suite 300<br>Barrington, IL 60010 | Secured | | $0.00 | $2,400,000.00 | $0.00 |
| 000003<br>070<br>7100-00 | First National Bank of Omaha<br>c/o Collins, Bargione & Vuckovich<br>1 North LaSalle Street, Suite 300<br>Chicago, IL 60602 | Unsecured | | $0.00 | $365,033.97 | $365,033.97 |
| 000004<br>070<br>7100-00 | Levenfeld & Pearlstein, LLC<br>Melissa L. Schwartz, Controller<br>2 N. LaSalle St., Suite 1300<br>Chicago, IL 60602 | Unsecured | | $0.00 | $7,442.92 | $7,442.92 |
| 000005<br>070<br>7100-00 | First Bank of Highland Park<br>Lauren Beslow<br>Quarles & Brady LLP<br>300 N LaSalle Street Suite 4000<br>Chicago, IL 60654 | Unsecured | | $0.00 | $250,273.27 | $250,273.27 |
| 000006<br>070<br>7100-00 | Wolin & Rosen, Ltd.<br>55 West Monroe Street, Suite 3600<br>Chicago, Illinois 60603 | Unsecured | | $0.00 | $21,041.96 | $21,041.96 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $24,777.79 | $24,777.79 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 05, 2016

Case Number: 12-36572
Debtor Name: LOARIE, JAMES W

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Chuhak & Tecson, P.C. 30 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | Unsecured | | $0.00 | $1,553.20 | $1,553.20 |
| 000009 070 7100-00 | Alba REO LLC c/o Vitaly Libman Thompson Coburn LLP One U.S. Bank Plaza St. Louis, MO 63101 | Unsecured | | $0.00 | $8,070,768.17 | $8,070,768.17 |
| 000010 070 7100-00 | Robert S. Brownson 106 Clubhouse Drive North Barrington, IL 60010 | Unsecured | | $0.00 | $1,482,664.00 | $1,482,664.00 |
| | Case Totals: | | | $0.00 | $12,802,283.13 | $10,231,390.54 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-36572
Case Name: LOARIE, JAMES W
               LOARIE, DEBRA L
Trustee Name: JOSEPH E. COHEN

       Balance on hand                                         $        19,427.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Barrington Bank c/o Hanson Law Group, LLP 1000 Hart Road, Suite 300 Barrington, IL 60010 | $ 2,400,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000001 | MCVICKERS DEVELOPMENT, LLC C/O MARK E. LEIPOLD GOULD & RATNER, LLP 222 N LASALLE, STE 800 CHICAGO, IL 60601 | $ 170,892.59 | $ 0.00 | $ 0.00 | $ 0.00 |

     Total to be paid to secured creditors                       $            0.00

     Remaining Balance                                               $        19,427.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: COHEN & KROL, Attorney | $ 4,747.00 | $ 0.00 | $ 4,747.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorney | $ 274.55 | $ 0.00 | $ 274.55 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 49.90 | $ 49.90 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 13.81 | $ 13.81 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $      7,771.55

Remaining Balance      $      11,656.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,223,555.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000003 | First National Bank of Omaha<br>c/o Collins, Bargione & Vuckovich<br>1 North LaSalle Street, Suite 300<br>Chicago, IL 60602 | $ 365,033.97 | $ 0.00 | $ 416.19 |
| 000004 | Levenfeld & Pearlstein, LLC<br>Melissa L. Schwartz, Controller<br>2 N. LaSalle St., Suite 1300<br>Chicago, IL 60602 | $ 7,442.92 | $ 0.00 | $ 8.49 |
| 000005 | First Bank of Highland Park<br>Lauren Beslow<br>Quarles & Brady LLP<br>300 N LaSalle Street Suite 4000<br>Chicago, IL 60654 | $ 250,273.27 | $ 0.00 | $ 285.35 |
| 000006 | Wolin & Rosen, Ltd.<br>55 West Monroe Street, Suite 3600<br>Chicago, Illinois 60603 | $ 21,041.96 | $ 0.00 | $ 23.99 |
| 000007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 24,777.79 | $ 0.00 | $ 28.25 |
| 000008 | Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | $ 1,553.20 | $ 0.00 | $ 1.77 |
| 000009 | Alba REO LLC<br>c/o Vitaly Libman<br>Thompson Coburn LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101 | $ 8,070,768.17 | $ 0.00 | $ 9,201.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Robert S. Brownson<br>106 Clubhouse Drive<br>North Barrington, IL 60010 | $ 1,482,664.00 | $ 0.00 | $ 1,690.45 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,656.32 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE