IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **James Loarie** | **)** | |
| **Debra Loarie,** | ) | No. 12 B 36572 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 23, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                    BY:/s/ Joseph E. Cohen
                                                                          One of His Attorney

McVickers Development LLC
c/o Mark Leipold
Gould & Ratner LLP
222 N LaSalle Street, Ste 800
Chicago, IL   60601

Barrington Bank
c/o Hanson Law Group, LLP
1000 Hart Road, Ste 300
Barrington, IL   60010

First national Bank of Omaha
c/o Collins, Bargione & Vuckovich
1 North LaSalle Street, Ste 300
Chicago, IL   60602

Levenfeld & Pearlstein, LLC
Melissa Schwartz, Controller
2 N LaSalle Street, Ste 1300
Chicago, IL   60602

First Bank of Highland Park
Lauren Beslow
Quarles & Brady, LLP
300 N LaSalle, Ste 4000
Chicago, IL   60654

Wolin & R osen, Ltd.
55 West Monroe Street
Suite 3600
Chicago, IL   60603

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Chuhak & Tecson, PC
30 S Wacker Drive, Ste 2600
Chicago, IL   60606

Alba REO, LLC
c/o Vitaly Libman
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO   63101

Robert Brownson
106 Clubhouse Drive
North Barrington, IL   60010

Ilene Goldstein
ifgolds@aol.com

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov