UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOARIE, JAMES W | § | Case No. 12-36572 |
| LOARIE, DEBRA L | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,371,450.00<br>*(Without deducting any secured claims)* | Assets Exempt: 42,800.00 |
| Total Distributions to Claimants: 11,656.32 | Claims Discharged<br>Without Payment: 20,458,053.96 |
| Total Expenses of Administration: 8,343.68 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,375,903.83 | $ 2,570,892.59 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,343.68 | 8,343.68 | 8,343.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,069,837.00 | 10,223,555.28 | 10,223,555.28 | 11,656.32 |
| **TOTAL DISBURSEMENTS** | $ 24,445,740.83 | $ 12,802,791.55 | $ 10,231,898.96 | $ 20,000.00 |

    4)  This case was originally filed under chapter 7 on 09/14/2012 . The case was pending for 51 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/18/2016          By:/s/JOSEPH E. COHEN
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5th 3rd Bank | 1129-000 | 115.75 |
| Bank of America | 1129-000 | 100.00 |
| Household furnishings for a large five bedroom hom | 1129-000 | 3,000.00 |
| Piano Young Chang retail $4000  12 years ago Piano | 1129-000 | 2,000.00 |
| Wedding China and glassware | 1129-000 | 500.00 |
| four computers for children and Debtors between 2 | 1129-000 | 300.00 |
| two flatscreen tvs and three small tvs in kids and | 1129-000 | 300.00 |
| Art work at cost 7,000.  Worth  1000 at a sale.  N | 1129-000 | 1,000.00 |
| Normal and necessary wearing apparel At citation h | 1129-000 | 300.00 |
| two fur coats  8 to 12 years old.  Original purcha | 1129-000 | 400.00 |
| Husbands watch collection | 1129-000 | 6,000.00 |
| Cuff link collection | 1129-000 | 1,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Joint wedding bands Wife's eternity band Husbands | 1129-000 | 4,984.25 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Eagle Bank 556 Randall Road South Elgin, IL 60177 | | 57,495.00 | NA | NA | 0.00 |
| | First Bank & Trust 820 Church Street Evanston, IL 60201 | | 16,726.00 | NA | NA | 0.00 |
| | First National Bank of Omaha Attn: Andrew Krieger 1620 Dodge Street Stop 1050 Omaha, NE 68197 | | 366,687.72 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John McVickers McVickers Development 2150 E. Lake Cook Road, Ste 320 Buffalo Grove, IL 60089 | | 164,995.11 | NA | NA | 0.00 |
| | Lake County Treasurer 18 N. County St. Suite 102 Waukegan, IL 60085-4361 | | 30,000.00 | NA | NA | 0.00 |
| | Premier Bank Attention: Staci Duerr 2625 NW Arterial Road Dubuque, IA 52002 | | 340,000.00 | NA | NA | 0.00 |
| 000002 | BARRINGTON BANK | 4110-000 | 2,400,000.00 | 2,400,000.00 | 0.00 | 0.00 |
| 000001 | MCVICKERS DEVELOPMENT, LLC | 4210-000 | NA | 170,892.59 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,375,903.83 | $ 2,570,892.59 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| ADAMS-LEVINE | 2300-000 | NA | 13.81 | 13.81 | 13.81 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 49.90 | 49.90 | 49.90 |
| ASSOCIATED BANK | 2600-000 | NA | 508.42 | 508.42 | 508.42 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | 3110-000 | NA | 3,164.68 | 3,164.68 | 3,164.68 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,582.32 | 1,582.32 | 1,582.32 |
| COHEN & KROL | 3120-000 | NA | 274.55 | 274.55 | 274.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,343.68 | $ 8,343.68 | $ 8,343.68 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adelman & Gettlemen, Ltd. Henry Merens 53 West Jackson Blvd., Ste 1050 Chicago, IL 60604 | | 45,000.00 | NA | NA | 0.00 |
| | American United Bank and Trust Comp 321 W. Golf Rd Schaumburg, IL 60196 | | 264,842.00 | NA | NA | 0.00 |
| | American United Bank and Trust Comp 321 W. Golf Rd Schaumburg, IL 60196 | | 917,000.00 | NA | NA | 0.00 |
| | Barrington Bank 201 S. Hough Street Barrington, IL 60010 | | 100,000.00 | NA | NA | 0.00 |
| | Bernard, Brady & Associates Bernie Brady 17407 S. 67th Court Tinley Park, IL 60477 | | 8,451.00 | NA | NA | 0.00 |
| | Chase PO Box 15153 Wilmington, DE 19886 | | 32,389.00 | NA | NA | 0.00 |
| | Citi Card Service Center PO Box 6500 Sioux Falls, SD 57117 | | 73,717.00 | NA | NA | 0.00 |
| | Citi Card Service Center PO Box 6500 Sioux Falls, SD 57117 | | 14,767.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Card Service Center PO Box 6500 Sioux Falls, SD 57117 | | 26,003.00 | NA | NA | 0.00 |
| | First Merit 501 W. North Avenue Melrose Park, IL 60160 | | 2,674,000.00 | NA | NA | 0.00 |
| | Freeborn & Peters Attn: Accounting Dept 311 S. Wacker Drive, Ste 3000 Chicago, IL 60606 | | 2,136.00 | NA | NA | 0.00 |
| | Geneva LLC 6515 Grand Teton Plaza Ste 300 Madison, WI 53719 | | 100,000.00 | NA | NA | 0.00 |
| | Howard Duncan Law Howard Duncan 6910 Pacific Street, Ste 103 Omaha, NE 68106 | | 850.00 | NA | NA | 0.00 |
| | Rubin, Firsel & Rosenfield Attn; Accounting Dept 2801 Lakeside Drive, Ste 207 Deerfield, IL 60015 | | 12,000.00 | NA | NA | 0.00 |
| | US Bank 209 S. LaSalle Street Suite 210 Chicago, IL 60604 | | 5,975,000.00 | NA | NA | 0.00 |
| 000009 | ALBA REO LLC | 7100-000 | 7,250,000.00 | 8,070,768.17 | 8,070,768.17 | 9,201.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 24,448.00 | 24,777.79 | 24,777.79 | 28.25 |
| 000008 | CHUHAK & TECSON, P.C. | 7100-000 | 1,500.00 | 1,553.20 | 1,553.20 | 1.77 |
| 000005 | FIRST BANK OF HIGHLAND PARK | 7100-000 | 250,000.00 | 250,273.27 | 250,273.27 | 285.35 |
| 000003 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | NA | 365,033.97 | 365,033.97 | 416.19 |
| 000004 | LEVENFELD & PEARLSTEIN, LLC | 7100-000 | 7,443.00 | 7,442.92 | 7,442.92 | 8.49 |
| 000010 | ROBERT S. BROWNSON | 7100-000 | 3,269,250.00 | 1,482,664.00 | 1,482,664.00 | 1,690.45 |
| 000006 | WOLIN & ROSEN, LTD. | 7100-000 | 21,041.00 | 21,041.96 | 21,041.96 | 23.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 21,069,837.00 | $ 10,223,555.28 | $ 10,223,555.28 | $ 11,656.32 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-36572 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LOARIE, JAMES W | | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | | 341(a) Meeting Date: | 11/08/12 |
| For Period Ending: | 11/16/16 | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 82 South Deere Park Drive, Highland Park | 1,025,000.00 | 0.00 | | 0.00 | FA |
| 2. Mont Blanca Valley Ranches Unit 3 Block 7 Lot 2 Co | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Cash - Location: 82 South Deere Park Drive, Highla | 50.00 | 0.00 | | 0.00 | FA |
| Location: 82 South Deere Park Drive, Highland Park IL 60035 | | | | | |
| 4. 5th 3rd Bank | 115.75 | 0.00 | | 115.75 | FA |
| 5th 3rd Bank | | | | | |
| 5. Bank of America | 100.00 | 0.00 | | 100.00 | FA |
| Bank of America | | | | | |
| 6. Household furnishings for a large five bedroom hom | 3,000.00 | 0.00 | | 3,000.00 | FA |
| Household furnishings for a large five bedroom home, no antiques all furniture approximately ten years old. | | | | | |
| 7. Piano Young Chang retail $4000 12 years ago Piano | 2,000.00 | 0.00 | | 2,000.00 | FA |
| Piano Young Chang retail $4000 12 years ago Piano on consignment for 4 years can't sell for even $3000. | | | | | |
| 8. Wedding China and glassware | 500.00 | 0.00 | | 500.00 | FA |
| Wedding China and glassware | | | | | |
| 9. four computers for children and Debtors between 2 | 300.00 | 0.00 | | 300.00 | FA |
| four computers for children and Debtors between 2 ans 6 years old | | | | | |
| 10. two flatscreen tvs and three small tvs in kids and | 300.00 | 0.00 | | 300.00 | FA |
| two flatscreen tvs and three small tvs in kids and 3 tube tvs | | | | | |
| 11. Art work at cost 7,000. Worth 1000 at a sale. N | 1,000.00 | 0.00 | | 1,000.00 | FA |
| Art work at cost 7,000. Worth 1000 at a sale. None of them by accomplished artists. Not purchased at a gallery. In citation proceeding valued at $3,000.00. Worth less than that at auction sale | | | | | |
| 12. Normal and necessary wearing apparel At citation h | 300.00 | 0.00 | | 300.00 | FA |
| Normal and necessary wearing apparel At citation hearing valued at | | | | | |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 19.06b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-36572 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LOARIE, JAMES W | | | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | | | 341(a) Meeting Date: | 11/08/12 |
| | | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $2,000.00  At liquidation much less | | | | | |
| 13. two fur coats  8 to 12 years old.  Original purcha | 400.00 | 0.00 | | 400.00 | FA |
| two fur coats  8 to 12 years old.  Original purchase price $1100 and $900.00 | | | | | |
| 14. Earrings and three watches--Cartier not working, R | 500.00 | 0.00 | | 0.00 | FA |
| Earrings and three watches--Cartier not working, Raymond Weil 12 years old Christian Dior 5 years old | | | | | |
| 15. Husbands watch collection | 6,000.00 | 0.00 | | 6,000.00 | FA |
| Husbands watch collection | | | | | |
| 16. Cuff link collection | 1,000.00 | 0.00 | | 1,000.00 | FA |
| Cuff link collection | | | | | |
| 17. Joint wedding bands Wife's eternity band Husbands | 6,600.00 | 0.00 | | 4,984.25 | FA |
| Joint wedding bands Wife's eternity band Husbands gold band | | | | | |
| 18. US Financial  Term Insurance Policy 5,000,000.00 W | 0.00 | 0.00 | | 0.00 | FA |
| US Financial  Term Insurance Policy 5,000,000.00 Wife beneficiary  No cash surrender value | | | | | |
| 19. Rubloff Huntley II Debtor owns a 15% Interest  The | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Huntley II Debtor owns a 15% Interest  The loan amount on the asset is 15,948,000. The last known appraisal is 18,250,000. Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless. Short Sale has been completed | | | | | |
| 20. Rubloff Rapid City Debtor owns a 10% Interest  The | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Rapid City Debtor owns a 10% Interest  The loan amount on the asset is 5,078,000. The last known appraisal is 5,000,000 Debtor holds a minority interest and receives no financial updates Foreclosure suit pending. Deed in lieu in process | | | | | |

LFORM1                                        Ver: 19.06b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Case 12-36572   Doc 85   Filed 12/16/16   Entered 12/16/16 10:05:53   Desc Main
Document    Page 12 of 19

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 12-36572 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LOARIE, JAMES W | | | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | | | 341(a) Meeting Date: | 11/08/12 |
| | | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Rubloff Hainesville Debtor owns a 10% Interest  Th | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Hainesville Debtor owns a 10% Interest  The loan amount on the asset is 3,331,538.00. The last known appraisal is 5,000,000.00 Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless.  Short sale in process | | | | | |
| 22. Rubloff Romeoville Debtor owns a 14% Interest  The | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Romeoville Debtor owns a 14% Interest  The loan amount on the asset is 34,535,000. The last known appraisal is 42,000,000. Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless.  Short sale done | | | | | |
| 23. Rubloff Belvidere Debtor owns a 5% Interest  The l | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Belvidere Debtor owns a 5% Interest  The loan amount on the asset is 5,593,203.00. The last known appraisal is unknown. Debtor holds a minority interest and receives no financial updates and no cash flow. Debtor believes his interest is worthless.  Foreclosure pending | | | | | |
| 24. Oxford Real Estate Equities,L.L.C. Debtor owns a 2 | 0.00 | 0.00 | | 0.00 | FA |
| Oxford Real Estate Equities,L.L.C. Debtor owns a 23.5% Interest  The loan amount on the asset is 3,574,000.0ther loans of 1,700,000are on the project.. The last known appraisal is 5,100,000.00.  Project is 50 % complete. Debtor believes his interest is worthless at the current time. Oxford Real Estate Equities owns a 40% interest in Alquouquin Woodstock, L.L.C. | | | | | |
| 25. Oxford Lake Zurich Debtor owns a 24% Interest of a | 288,000.00 | 0.00 | | 0.00 | FA |
| Oxford Lake Zurich Debtor owns a 24% Interest of a 50% interest, The loan amount on the asset is 7,400,000 It has been sold and closing is imminent.There are brokerage commissions and closing costs and finance costs as well as overhead  and operating costs This entity holds | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Exhibit 8

| Case No: | 12-36572 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LOARIE, JAMES W | | | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | | | 341(a) Meeting Date: | 11/08/12 |
| | | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| a 50% interest in 825 Lake Zurich. | | | | | |
| 26. Oxford Development Partners,LLC Debtor owns a 37.5 | 0.00 | 0.00 | | 0.00 | FA |
| Oxford Development Partners,LLC Debtor owns a 37.5% Interest  The loan amount on the asset is 7,250,000.00. The last known appraisal is 3,150,000.00. Debtor holds a minority interest and receives no cash flow. Debtor believes his interest is worthless.  The property is currently in Foreclosure | | | | | |
| 27. Rubloff Mundelein This holds an option to acquire | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Mundelein This holds an option to acquire property in Mundelein Believes this currently has no value because in order to pursue requires conciderable contributions or loans. | | | | | |
| 28. Rubloff Huntley I Debtor owns a 14% Interest Sale | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Huntley I Debtor owns a 14% Interest Sale was  completed 4 or 5 years ago.  It remains open | | | | | |
| 29. Rubloff Freeport Debtor owns a 10% Interest  Sale | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Freeport Debtor owns a 10% Interest  Sale was completed six years ago.  It remains open | | | | | |
| 30. Rubloff Aurora Debtor owns a 6% Interest  Sale was | 0.00 | 0.00 | | 0.00 | FA |
| Rubloff Aurora Debtor owns a 6% Interest  Sale was completed six years ago.  It remains open | | | | | |
| 31. Mercator Med Systems  Shareholder of 33,604 shares | Unknown | 0.00 | | 0.00 | FA |
| Mercator Med Systems  Shareholder of 33,604 shares of non traded stocks Value is $40,235.00 is based on book value.  The actual value is probably worthless as the stock has been diluted and the company needs more funding to continue. In addition Debtor sold a portion of his stock interest to Robert Brownson on October 31, 2007 thereby further diluting Debtors ownership. Debtor is unsure if the sale was reflected on | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

Exhibit 8

| Case No: | 12-36572 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LOARIE, JAMES W | | | Date Filed (f) or Converted (c): | 09/14/12 (f) |
| | LOARIE, DEBRA L | | | 341(a) Meeting Date: | 11/08/12 |
| | | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Mercator's books. | | | | | |
| 32. Danly Weybridge LLC Believes this is not due until | 24,000.00 | 0.00 | | 0.00 | FA |
| Danly Weybridge LLC Believes this is not due until 2015. It may not have any value. | | | | | |
| 33. Debra L. Loarie Trust dated February 23, 1998. Onl | 0.00 | 0.00 | | 0.00 | FA |
| Debra L. Loarie Trust dated February 23, 1998. Only asset the trust holds is the residence Location: 82 South Deere Park Drive, Highland Park IL 60035 Value listed on Schedule A | | | | | |
| 34. 2006 Land Rover Range Rover Miles 90,069.00 Apprai | 15,500.00 | 0.00 | | 0.00 | FA |
| 2006 Land Rover Range Rover Miles 90,069.00 Appraised by Car Max on September 28, 2012 | | | | | |
| 35. 2006 Bentley Flying Spur N/A 42 69,096 As appraise | 51,000.00 | 0.00 | | 0.00 | FA |
| 2006 Bentley Flying Spur N/A 42 69,096 As appraised by Car Max on September 29, 2012 | | | | | |
| 36. house pets | 0.00 | 0.00 | | 0.00 | FA |
| house pets | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,428,165.75 $0.00 $20,000.00 $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SENT TFR TO US TEE August 09, 2016, 10:06 am

TRUSTEE HAS SET MOTION TO VALUE CLAIM FOR JUNE 10, 2016 - May 20, 2016. TRUSTEE HAS TO FILE MOTION TO VALUE CLAIM OF

LFORM1

Ver: 19.06b

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-36572    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | LOARIE, JAMES W | Date Filed (f) or Converted (c):    09/14/12 (f) |
| | LOARIE, DEBRA L | 341(a) Meeting Date:    11/08/12 |
| | | Claims Bar Date:    01/21/14 |

BANK - 01/20/16. TRUSTEE TRYING TO RESOLVE CALIM FILED BY BARRINGTON BANK - Oct. 31, 2016. CASE READY FOR TFR - July 30, 2015. TRUSTEE HAS REVIEWED PROOFS OF CLAIM - April 28, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS. - Jan. 17, 2015.  DEBTOR HAS FILED MOTION TO COMPEL TRUSTEE TO ABANDON CERTAIN ASSETS.  TRUSTEE HAS FILED A MOTION TO SELL HIS RIGHT,TITLE AND INTEREST IN PERSONAL PROPERTY BACK TO THE DEBTORS.  TRUSTEE WILL REVIEW CLAIMS ONCE THE CLAIMS BAR DARE HAS EXPIRED - January 17, 2014.  NO CHANGE - April 30, 2014.  CASE READY TO BE CLOSED - July 17, 2014.  Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 10/31/14     Current Projected Date of Final Report (TFR): 08/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-36572 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | LOARIE, JAMES W | Bank Name: | ASSOCIATED BANK |
| | LOARIE, DEBRA L | Account Number / CD #: | *******5613 Checking Account |
| Taxpayer ID No: | *******1739 | | |
| For Period Ending: | 11/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/10/13 | * NOTE * | JAMES & DEBRA LOARIE | Sale of assets | 1129-000 | 20,000.00 | | 20,000.00 |
| | | | * NOTE * Properties 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17 | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 19,979.86 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.70 | 19,950.16 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.70 | 19,921.46 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.62 | 19,891.84 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.58 | 19,862.26 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.67 | 19,835.59 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 28.81 | 19,806.78 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.49 | 19,777.29 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.47 | 19,748.82 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.36 | 19,719.46 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.37 | 19,691.09 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.28 | 19,661.81 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 19,632.58 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.25 | 19,604.33 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.15 | 19,575.18 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.16 | 19,547.02 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.06 | 19,517.96 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.02 | 19,488.94 |
| 02/27/15 | 300002 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 21.09 | 19,467.85 |

Page Subtotals  20,000.00  532.15

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 12-36572 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LOARIE, JAMES W | | Bank Name: | ASSOCIATED BANK |
| | LOARIE, DEBRA L | | Account Number / CD #: | *******5613  Checking Account |
| Taxpayer ID No: | *******1739 | | | |
| For Period Ending: | 11/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.17 | 19,441.68 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 13.81 | 19,427.87 |
| 10/10/16 | 300004 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | 2100-000 | | 2,750.00 | 16,677.87 |
| 10/10/16 | 300005 | COHEN & KROL, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | | | 3,439.23 | 13,238.64 |
| | | | Fees           3,164.68 | 3110-000 | | | |
| | | | Expenses         274.55 | 3120-000 | | | |
| 10/10/16 | 300006 | JOSEPH E. COHEN, Attorney<br>105 W Madison<br>Suite 1100<br>Chicago, IL  60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,582.32 | 11,656.32 |
| 10/10/16 | 300007 | First National Bank of Omaha<br>c/o Collins, Bargione & Vuckovich<br>1 North LaSalle Street, Suite 300<br>Chicago, IL 60602 | Claim 000003, Payment 0.11401%<br>(3-1) Judgment<br>(3-1) Modified on<br>3/8/13 to correct creditor's address MM | 7100-000 | | 416.19 | 11,240.13 |
| 10/10/16 | 300008 | Levenfeld & Pearlstein, LLC<br>Melissa L. Schwartz, Controller<br>2 N. LaSalle St., Suite 1300<br>Chicago, IL 60602 | Claim 000004, Payment 0.11407%<br>(4-1) Attorney Fees<br>(4-1) Modified<br>on 5/9/13 to correct creditor's address MM | 7100-000 | | 8.49 | 11,231.64 |
| 10/10/16 | 300009 | First Bank of Highland Park<br>Lauren Beslow<br>Quarles & Brady LLP<br>300 N LaSalle Street Suite 4000<br>Chicago, IL 60654 | Claim 000005, Payment 0.11402%<br>(5-1) Deed in Lieu of Foreclosure<br>Promissory Note<br>(5-1) Modified on 11.13.2013 to correct creditor's address (MG) | 7100-000 | | 285.35 | 10,946.29 |

Page Subtotals               0.00         8,521.56

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-36572 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | LOARIE, JAMES W | | Bank Name: | ASSOCIATED BANK |
| | LOARIE, DEBRA L | | Account Number / CD #: | *******5613 Checking Account |
| Taxpayer ID No: | *******1739 | | | |
| For Period Ending: | 11/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/10/16 | 300010 | Wolin & Rosen, Ltd.<br>55 West Monroe Street, Suite 3600<br>Chicago, Illinois 60603 | Claim 000006, Payment 0.11401%<br>(6-1) Services performed | 7100-000 | | 23.99 | 10,922.30 |
| 10/10/16 | 300011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 0.11401%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 28.25 | 10,894.05 |
| 10/10/16 | 300012 | Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Claim 000008, Payment 0.11396%<br>(8-1) Unpaid legal fees<br>(8-1)<br>Modified on 11/20/13 to correct creditor's name and address MM | 7100-000 | | 1.77 | 10,892.28 |
| 10/10/16 | 300013 | Alba REO LLC<br>c/o Vitaly Libman<br>Thompson Coburn LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101 | Claim 000009, Payment 0.11401%<br>(9-1) Modified on 12/19/13 to correct creditor's address MM | 7100-000 | | 9,201.83 | 1,690.45 |
| 10/10/16 | 300014 | Robert S. Brownson<br>106 Clubhouse Drive<br>North Barrington, IL 60010 | Claim 000010, Payment 0.11401% | 7100-000 | | 1,690.45 | 0.00 |

Page Subtotals       0.00     10,946.29

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-36572 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LOARIE, JAMES W | | Bank Name: | ASSOCIATED BANK |
| | LOARIE, DEBRA L | | Account Number / CD #: | *******5613  Checking Account |
| Taxpayer ID No: | *******1739 | | | |
| For Period Ending: | 11/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 20,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 20,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******5613 | 20,000.00 | 20,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,000.00 | 20,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 19)